UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 25 CR 654 |
| DEVON HORTON,<br>ANTONIO ROSS,<br>SAMUEL ROSS, and<br>ALFONZO LEWIS | Judge Thomas M. Durkin |

# GOVERNMENT'S LIST OF POTENTIAL WITNESSES

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, the United States Attorney for the Northern District of Illinois, Eastern Division, respectfully submits the Government's List of Potential Witnesses for trial. The government will supplement this list should it determine that additional witnesses are necessary.

1. *Samuel Ross* – owner of Asset Protection, regarding contract with District 65.

2. *Adeela Qureshi* – District 65 Board Secretary, regarding process and procedures for Board minutes and agendas.

3. *Angel Turner* – former Superintendent of District 65, regarding District 65 contracting procedures and Board policies.

4. *Antris Green* – Chicago Public Schools Talent Officer, regarding personnel files of Devon Horton, Alfonzo Lewis, and Antonio Ross.

5. *Anya Tanyavutti* – former school board member, District 65, regarding District 65 Board procedures and policies.

6. *Armani Stephens* – tax return preparer, regarding Devon Horton's income tax returns.

7. *Brandan Lane* – former elementary school athletic director for District 65, regarding New Flight 35's contract with District 65.

8. *Carlyle Sutton* – attorney, regarding City of Chicago's process for collection on debts owed by defendant Horton on real estate properties.

9. *Christopher Robinson* – Principal, Oakton Elementary School, regarding professional development trainings provided at the school in 2022 and 2023.

10. *Rebecca Calloway* – Principal, Dr. Martin Luther King Jr. Literary and Fine Arts School, regarding professional development trainings provided at the school in 2022 and 2023.

11. *Elijah Palmer* – former District 65 Dean of Culture and Climate, regarding Connecting the Dots' contract with District 65.

12. *Isabella Michel* – District 65 purchasing agent, regarding District 65's policies and procedures for contracting and payments to vendors; District 65 policies and procedures for District 65 credit cards.

13. *James McHolland* – former District 65 middle school athletic director, regarding New Flight's contract with District 65.

14. *Jerome Johnson* – former warehouse inventory manager for District 65, regarding Asset Protection's contract with District 65.

15. *Joseph Sierra* – former District 65 Direct of Buildings and Grounds, regarding Asset Protection and New Flight's contracts with District 65.

16. *Lakita Simpson* – former District 65 Director of Human Resources, regarding Connecting the Dots' contract with District 65.

17. *Latarsha Green* – former District 65 Deputy Superintendent, regarding Connecting the Dots' contract with District 65.

18. *Latrice Madkins* – sibling of defendant Horton, regarding certain Zelle transfers made to Horton.

19. *Maria Valenzuela* – former executive assistant to defendant Horton, regarding approval of contracts and invoices submitted by Asset Protection, Connecting the Dots, and New Flight, as well as defendant Horton's use of the District 65 credit card.

20. *Paul Goren* – former District 65 superintendent, regarding District 65 policies and procedures for contracting for services.

21. *Raphael Obafemi* – former District 65 Chief Financial Officer, regarding District 65 policies and procedures for contracting, onboarding vendors, payment to vendors, and use of District 65 credit card.

22. *Sergio Hernandez* – District 65 board member, regarding policies and procedures followed by District 65's board.

23. *Simone Griffin* – former District 65 administrator, regarding District 65's policies and procedures.

24. *Stephanie Glover-Douglas* – Assistant Principal, Hyde Park Academy High School, regarding duties and responsibilities of defendant Antonio Ross as Principal of Hyde Park Academy High School.

25. *Tavares Goodbee* – tax return preparer, regarding Devon Horton's income tax returns.

26. *Terrance Little* – former District 65 Assistant Superintendent, regarding Connecting the Dots' contract with District 65.

27. *Brittni Langel* – Supervisory Forensic Accountant, Federal Bureau of Investigation, regarding financial analysis of flow of payments from District 65 to vendors.

28. *Justin Burt* – Special Agent, Department of Education, Office of the Inspector General, Case Agent.

29. *Ryan Wherfel* – Special Agent, Federal Bureau of Investigation, Case Agent.

30. *Theodore Jesionowski* – Special Agent, Internal Revenue Service, Case Agent.

31. *Haydee Gonzalez* – Revenue Agent, Internal Revenue Service, regarding federal income tax due and owing by defendant Horton.

32. *Renee McClain* – Internal Revenue Service Court Witness Coordinator, regarding official federal income tax returns.

33. *Christina Rentas* – Senior Fraud Analyst, Byline Bank, regarding the location of Byline Bank's servers.

34. *Jordan Bellamy* – Transaction Specialist, JP Morgan Chase, regarding the location of Chase's processing centers.

35. *Amanda Davis* – Government Investigations Specialist, US Bank, regarding the location of US Bank's servers and certain US Bank ATMs.

36. *Greg Fraid* – Vice President and Senior Fraud Investigator, Bank of America, regarding the location of Bank of America's servers.

37. *Google records custodian* – regarding location of Google's servers.

38. *T-Mobile records custodian*

39. *AT&T records custodian*

40. *Verizon records custodian*

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/Emily C.R. Vermylen*
EMILY C.R. VERMYLEN
ELIE ZENNER
MORRIS PASQUAL
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300